ESTATE OF GEORGE P. BLOW, ADELE M. BLOW AND GEORGE W. BLOW, ADMINISTRATORS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 30077.   Promulgated June 3, 1929.

*S. M. Rinaker, Esq.*, for the petitioner.
*L. S. Pendleton, Esq.*, for the respondent.

### OPINION.

SIEFKIN: The sole question is one of fact as to the value, for estate-tax purposes, of property owned by George P. Blow at Yorktown, Va., at the date of his death, November 20, 1922.

From all the evidence in the case we have determined as a fact that the property had a value as of November 20, 1922, of $35,000.

*Judgment will be entered under Rule 50.*